**Order entered October 25, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00593-CV

## NICOLE HOWELL, Appellant

## V.

## CYNTHIA HOWELL, Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-03428-2021**

## ORDER

On October 6, 2021, after being informed by the Court reporter that appellant had not requested the reporter's record, we directed appellant to file written verification she had requested the record. Although we cautioned appellant that failure to comply could result in the appeal being submitted without the reporter's record, *see* TEX. R. APP. P. 37.3(c), appellant has failed to comply. Accordingly, we **ORDER** the appeal submitted without the reporter's record.

As the clerk's record has been filed, we further **ORDER** appellant to file her brief no later than November 24, 2021.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE